1    **Andrew P. Holland/Bar No. 224737**
     **aholland@thoits.com**
2    **Dinah X. Ortiz/Bar No. 273556**
     **dortiz@thoits.com**                        NOTE CHANGES MADE
3    **THOITS LAW**                                BY THE COURT
     A Professional Corporation
4    400 Main Street, Suite 250
     Los Altos, California 94022                   JS-6
5    Telephone:  (650) 327-4200
     Facsimile:  (650) 325-5572
6
     **Attorneys for Defendant**
7    **Alo, LLC**

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11                        **WESTERN DIVISION**

12

13   **BRIAN WHITAKER,**                     No.  **2:19-cv-03312 RGK (GJSx)**

14            Plaintiff,                      **[~~PROPOSED~~] JUDGMENT**

15   v.

16   **Alo, LLC, a California Limited**
     **Liability Company; and DOES**
17   **1-10,**

18            Defendant.

19

20

21

22

23

24

25

26

27

28

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

Plaintiff Brian Whitaker ("Mr. Whitaker") brought the present action against Defendant ALO, LLC ("ALO") alleging a violation of the Americans with Disabilities Act ("ADA") and the California Unruh Act.

This Court previously declined to exercise supplemental jurisdiction and dismissed Plaintiff's Unruh Act claim. (Dkt. 24.) Plaintiff Whitaker moved for summary judgment on the remaining ADA claim on February 6, 2020. (Dkt. 28.) On March 17, 2020, this Court issued a written Order (Dkt. 35) denying Plaintiff's motion for summary judgment and ruling in favor of ALO on Plaintiff's ADA claim and dismissing it *sua sponte*.

The issues in this matter having been fully heard and a written Order having been duly rendered, the Court hereby directs that judgement by entered as follows:

IT IS HEREBY ORDERED, ADJUGED, AND DEGREED THAT:

1. ~~Plaintiff Whitaker shall have and recover nothing on his claims against Defendant ALO.~~

2. Judgment is entered in favor of Defendant ALO and against Plaintiff Whitaker. Defendant ALO is the prevailing party in this action.

3. ~~Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-1 and 54-3, Defendant ALO is entitled to recover its costs incurred in this action.~~

4. ~~Any request by Defendant ALO for an award of attorneys' fees and related nontaxable expenses under Federal Rule of Civil Procedure 54(d)(2) shall be made pursuant to Local Rule 54-7.~~

Dated: ___March 30_____, 2020

By _____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT